IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET J. SIMMONS-DAVIS, | ) | 8:11CV397 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAHA PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on its own motion. Plaintiff filed this matter on November 23, 2011. (Filing No. 1.) After initial review of the Complaint, the court ordered that summons be issued. (Filing No. 6.) The Clerk of the court sent a summons form and a USM-285 form to Plaintiff on December 23, 2011. (*Id.*) However, Plaintiff has not returned the forms, and has not completed service of process on Defendant. Indeed, Plaintiff has taken no action in this matter since she filed her Complaint on November 23, 2011. (*See* Docket Sheet.)

     IT IS THEREFORE ORDERED that:

     1.    Plaintiff shall have until June 1, 2012, to show cause why this case should not be dismissed. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

     2.    The Clerk of the court is directed to set a pro se case management deadline with the following text: June 1, 2012: deadline for Plaintiff to show cause why service of process was not completed.

     DATED this 4th day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.