## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET J. SIMMONS-DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:11CV397** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **OMAHA PUBLIC SCHOOLS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Show Good Cause (Filing No. 10). The plaintiff filed the motion in response to the court's May 4, 2012, order requiring the plaintiff to show cause why the case should not be dismissed for failure to timely complete service of process on the defendant. **See** Filing No. 7. Counsel has now entered an appearance for the plaintiff and counsel filed notice of serving the defendant. Accordingly, the plaintiff has satisfied the court's May 4, 2012, order.

**IT IS SO ORDERED.**

DATED this 31st day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge