IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET J. SIMMONS-DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>　　　　Defendant. | CASE NO. 8:11-CV-00397<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

Dated this 22nd day of November 2013.

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Prepared and submitted by:

| | |
|---|---|
| MARGARET J. SIMMONS-DAVIS, Plaintiff, | OMAHA PUBLIC SCHOOLS, Defendant, |
| By: s/Jon Rehm<br>　　Jon Rehm (NE# 23097)<br>　　Rehm, Bennett & Moore, PC, LLO<br>　　3701 Union Dr., #200<br>　　Lincoln, NE  68516<br>　　402-420-1400<br>　　jonrehm@rehmlaw.com | By: s/Scott P. Moore<br>　　Scott P. Moore (NE# 20752)<br>　　D. Ashley Robinson (NE# 24038)<br>of　BAIRD HOLM LLP<br>　　1700 Farnam St<br>　　Suite 1500<br>　　Omaha, NE  68102-2068<br>　　Phone: 402-344-0500<br>　　Fax: 402-344-0588<br>　　Email: spmoore@bairdholm.com |